D. Loren Washburn (#10993)
  lwashburn@smithwashburn.com
**SMITH WASHBURN, LLP**
8 East Broadway, Suite 320
Salt Lake City, UT 84111
Telephone: (801) 584-1800
Facsimile:  (801) 584-1820

*Attorneys for Sally L. Kingston*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Case Number  2:18cr365 JNP |
| | * | |
| vs. | * | |
| | * | **NOTICE OF ACKNOWLEDGMENT** |
| SALLY LOUISE KINGSTON | * | |
| | * | |

      Counsel for Defendant Sally Louise Kingston hereby gives notice that he is aware of, has carefully read, and will comply with the Court's Standing Order Re: Motions Under Speedy Trial Act And Change of Plea Hearings (updated May 26, 2017) (the "Standing Order") and with Local Criminal Rule 12-1. This Notice is intended to comply with the requirements of the Court's Standing Order.

DATED: February 11, 2019

                            **SMITH WASHBURN, LLP**

                            _____/s/ D. Loren Washburn_____
                            *Attorneys for Sally L. Kingston*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing **NOTICE OF ACKNOWLEDGMENT** has been served on all parties in the case via the Court's CM/ECF filing system on the February 11, 2019.

*/s/ Leigh Davis-Schmidt*